DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERNEST P. RICCI,**
Appellant,

v.

**VENTURES TRUST 2013-1-H-R**
by **MCM CAPITAL PARTNERS, LLC,** its trustee,
Appellee.

No. 4D18-2962

[October 10, 2019]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE13007175.

Ernest P. Ricci, North Kingston, RI, pro se.

Richard S. McIver and H. Michael Muniz of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***